# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Five cellphones, as described in Attachment A | )<br>)<br>) Case No. 21-954 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____-_____ District of ___Puerto Rico___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A (incorporated by reference).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B (incorporated by reference). Evidence of violations of 18 U.S.C. § 922(g)(1).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 11, 2021___
   *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___on duty_____.
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___July 28, 2021 at 4:27 PM___   _____
                                                            *Judge's signature*

City and state: ___San Juan, Puerto Rico___   Hon. Marcos E. López, U.S. Magistrate Judge
                                                       *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 21-954 (M) | Date and time warrant executed: 7/29/21 | Copy of warrant and inventory left with: HIDTA |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

A - One Alcatel Flip Phone with an ATT logo, Model 4044O, IMEI 014685006822128

B - One black-colored Cellution, IMEI 356437111118273, serial number CLT53G20200615734, Claro SIM card - 8901110120324016135S

C - One LG Flip Phone, IMEI 359926085919119 SIM card 4095604026

D - One LG black in Color with Apple white Logo, ATT sim card 89014103273195368752

E - One LG Black and Silver in Color, IMEI 354526111464273, TMobile SIM card 89012602757901996 77

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/29/21

Executing officer's signature

Orlando De Jesus Rodriguez TFO ATF
Printed name and title